UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL HERNANDEZ VASQUEZ, et al.,

Plaintiffs,

-against-

DIAMOND TRANSPORT CORPORATION, et al.,

Defendants.

25-CV-4557 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs commenced this action on September 13, 2024, by filing a summons and complaint in New York Supreme Court, Bronx County. (*See* ECF 1-1.) On May 30, 2025, Defendant removed this action to this Court based on diversity jurisdiction. (*See* ECF 1.) By Order of Reference dated June 30, 2025 (ECF 4), Judge Vernon S. Broderick referred this case to me for general pretrial supervision, discovery, non-dispositive pretrial motions, and settlement.

This action is scheduled for a telephonic status on **June 12, 2025 at 12 P.M**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 409 633 820 #**.

Defendant is directed to email by **June 6, 2025** a copy of this Order to Plaintiff's counsel, Solomon Aminov, at the email addresses associated with Mr. Aminov's New York State Courts Electronic Filing (NYSCEF) system, info@salawny.com. Defendant is additionally directed to mail by **June 6, 2025** a copy of this Order to Plaintiff's counsel 147-17 Union Turnpike, Flushing, New York 11367, identified in the Summons and Complaint (*see* ECF 1-1). Defendant is directed file confirmation of such emailing and mailings on the docket by **June 6, 2025**.

DATED:  June 5, 2025
        New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE