UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL HERNANDEZ VASQUEZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DIAMOND TRANSPORT CORPORATION, et al., <br><br> Defendants. | 25-CV-4557 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on June 12, 2025: Plaintiff does not intend to seek remand to state court; all discovery shall be completed by **November 10, 2025**; the parties shall file joint updates on the status of discovery on the **first business day of each month, beginning with July and continuing through November 2025**; the parties shall submit a joint letter by **December 8, 2025** indicating whether either of them intends to file a dispositive motion and if so including a proposed briefing schedule; and if no dispositive motion is filed, the parties shall file a joint pre-trial order conforming to Judge Broderick's individual practices by **December 22, 2025.**

DATED:  June 13, 2025
        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE